1  BRUCE C. YOUNG, ESQ., Bar #5560
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway, Suite 300
   Las Vegas, NV  89169-5937
3  Telephone:    702.862.8800
   Fax No.:        702.862.8811
4  Email:  byoung@littler.com

5  Attorneys for Defendant
   Clark County School District

6

7

8                  UNITED STATES DISTRICT COURT

9                     DISTRICT OF NEVADA

10

11  NICHOLAS A. LIVEING-              Case No. 2:15-cv-02433-APG-NJK
    MACDONALD,
12
                 Plaintiff,            [PROPOSED] STIPULATION AND
13                                     ORDER TO EXTEND TIME FOR
    vs.                                PLAINTIFF TO RESPOND TO
14                                     DEFENDANT'S PARTIAL MOTION TO
    CLARK COUNTY SCHOOL DISTRICT,      DISMISS COMPLAINT
15  a political subdivision of the STATE OF
    NEVADA,                            [FIRST REQUEST]
16
                 Defendant.
17

18        Plaintiff NICHOLAS A. LIVEING-MACDONALD and Defendant CLARK COUNTY

19  SCHOOL DISTRICT, by and through their undersigned counsel, hereby agree and stipulate to

20  extend the time for Plaintiff to respond to Defendant's Partial Motion to Dismiss Complaint [**Dkt.**

21  **#10**], from the current deadline of March 21, 2016 up to and including **March 28, 2016**.

22        Such extension is necessary because counsel for Plaintiff is currently preparing for trial in the

23  matter of *Cole Wilson v Tamara Management*, Case No. A653392 in the Eighth Judicial District

24  Court, in and for the County of Clark.  The trial in that matter is scheduled to begin on March 28,

25  2016, and counsel for Plaintiff requires additional time to review, assess and respond to Defendant's

26  Partial Motion to Dismiss [**Dkt. #10**] and prepare for the trial at the same time.

27  / / /

28  / / /

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702 862 8800

1    This is the first request for an extension of time for Plaintiff to respond to Defendant Partial

2  Motion to Dismiss the Complaint.  This request is made in good faith and not for the purpose of

3  delay.

4

Dated: March 14, 2016                          Dated: March 14, 2016

5

6  Respectfully submitted,                         Respectfully submitted,

7  /s/ Michael T. Gebhart, Esq.
   MICHAEL T. GEBHART, ESQ.                 BRUCE C. YOUNG, ESQ.

8

9  Attorneys for Plaintiff                        Attorneys for Defendant
   NICHOLAS A. LIVEING-MACDONALD       CLARK COUNTY SCHOOL DISTRICT

10

11                                          **ORDER**

12

13                                  **IT IS SO ORDERED.**

14                               Dated: _____ March 15 _____, 2016.

15

16

17                               _____
                                 UNITED STATES DISTRICT COURT JUDGE

18

19  Firmwide:138658308.1 026133.1000

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800