PATRICK H. HICKS, ESQ., Bar # 004632
BRUCE C. YOUNG, ESQ., Bar # 5560
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email: phicks@littler.com
Email: byoung@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NICHOLAS A. LIVEING-MACDONALD,

        Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT,
a political subdivision of the STATE OF
NEVADA,

        Defendant.

Case No. 2:15-cv-02433-APG-NJK

**STIPULATION AND PROPOSED ORDER
FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT**

**SECOND REQUEST**

Defendant CLARK COUNTY SCHOOL DISTRICT ("Defendant") and Plaintiff NICHOLAS A. LIVING-MACDONALD ("Plaintiff"), by and through their respective counsel of record, hereby stipulate to a two-week extension of time up to and including November 7, 2016 for Defendant to file an Answer to Plaintiff's Complaint (**ECF No. 1**), which Answer is currently due on or before October 24, 2016.

On October 7, 2016, the Court entered an Order (**ECF No. 30**) granting in part, and denying in part, Defendant's Motion to Dismiss (**ECF No. 10**).  Defendant seeks this extension of time to complete its investigation into the remaining allegations set forth in Plaintiff's Complaint in order to properly admit or deny the claims alleged.  This is the second request for an extension of time to

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  respond to the Complaint.  This request is made in good faith and not for purposes of delay, and will

2  not affect any other deadlines currently pending in this action.

3

4  Dated:  October 24, 2016                          Dated:  October 24, 2016

5  Respectfully submitted,                            Respectfully submitted,

6

7  /s/ Michael T. Gebhart, Esq.                      /s/ Z. Kathryn Branson, Esq.

8  MICHAEL T. GEBHART, ESQ.                    PATRICK H. HICKS, ESQ.
                                                              BRUCE C. YOUNG, ESQ.

9                                                              Z. KATHRYN BRANSON, ESQ.
                                                              LITTLER MENDELSON, P.C.

10 Attorneys for Plaintiff
   NICHOLAS A. LIVEING-MACDONALD          Attorneys for Defendant
                                                              CLARK COUNTY SCHOOL DISTRICT

11

12

13                                                   **ORDER**

14                                                   IT IS SO ORDERED.

15                          Dated: October 25, 2016

16

17 Firmwide:143485289.1 026133.1023          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800