PATRICK H. HICKS, ESQ., Bar # 004632
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email: phicks@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS A. LIVEING-MACDONALD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the STATE OF NEVADA,<br><br>　　　　　　Defendant. | Case No. 2:15-cv-02433-APG-NJK<br><br>**STIPULATION ALLOWING PARTIES TO PROPOUND 40 INTERROGATORIES EACH** |

　　　　Pursuant to Rules Fed. R. Civ. P. 33(a)(1) and 26(b)(2)(A), LR II 7-1, and LR IA 6-2, Nicholas A. Living-MacDonald ("Plaintiff") and Clark County School District ("Defendant") (together, the "Parties"), by and through their respective counsel of record, stipulate and agree to

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

permit each party herein to serve 40 interrogatories each in this matter, which is 15 more than the 25 permitted under Fed. R. Civ. P. 33(a)(1).

Dated: December 14, 2016

Respectfully submitted,

/s/ Michael T. Gebhart, Esq.
MICHAEL T. GEBHART, ESQ.

Attorneys for Plaintiff
NICHOLAS LIVEING-MACDONALD

Dated: December 14, 2016

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
PATRICK H. HICKS, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

**IT IS SO ORDERED.**

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: December 15, 2016

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.