# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLAS LIVEING-MACDONALD, | Case No. 2:15-cv-02433-APG-NJK |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| CLARK COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

In light of the suggestion of death (ECF No. 44),

IT IS THEREFORE ORDERED that the parties shall file a status report on or before September 29, 2017.

DATED this 6th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE