1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10  NICHOLAS LIVELING-MACDONALD,     )
                                                        )    Case No. 2:15-cv-02433-APG-NJK
11              Plaintiff(s),  )
                                                        )    ORDER
12  vs.                          )
                                                        )    (Docket No. 14)
13  CLARK COUNTY SCHOOL DISTRICT    )
                                                        )
14              Defendant(s).  )
                                                        )
15

16       Pending before the Court is Plaintiff's motion to substitute party.  Docket No. 47.  Defendant

17  filed a response in "limited" opposition.  Docket No. 50.  The Court finds the motion properly

18  decided without a hearing.  *See* Local Rule 78-1.

19       Plaintiff died on June 24, 2017.  Docket Nos. 47, 44.  Plaintiff's counsel seeks to substitute

20  Plaintiff's widow, Lolita Liveling-Macdonald, as Plaintiff.  Docket No. 47.  For good cause shown,

21  the Court hereby **GRANTS** the motion to substitute party.  Docket No. 47.

22       IT IS SO ORDERED.

23       Dated: October 16, 2017

24
                                    _____
25                    NANCY J. KOPPE
                   United States Magistrate Judge
26
27
28