# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLAS LIVEING-MACDONALD,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:15-cv-02433-APG-NJK<br><br>**ORDER FOR STATUS REPORT AND SETTING DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Defendant Clark County School District filed a motion for summary judgment. ECF No. 43. Shortly thereafter, the plaintiff filed a suggestion of death. ECF No. 44. Given this development, and because the parties were discussing settlement, no opposition was filed while the matter of substituting a party was being resolved. However, the substitution of parties occurred almost two months ago, yet no opposition or notice of settlement has been filed.

IT IS THEREFORE ORDERED that the parties shall file a status report regarding settlement on or before December 22, 2017.

IT IS FURTHER ORDERED that any opposition to the pending motion for summary judgment is due December 28, 2017.

DATED this 14th day of December, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE