# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLAS LIVEING-MACDONALD, | Case No. 2:15-cv-02433-APG-NJK |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| CLARK COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

Based on the parties' joint status report, the parties shall file another joint status report by January 28, 2018 with an update on their settlement. If the tentative settlement is rejected, then any opposition to the pending motion for summary judgment will be filed by January 28, 2017.

DATED this 22nd day of December, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE