# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOLITA LIVEING-MACDONALD, on behalf of the ESTATE OF NICHOLAS LIVEING-MACDONALD,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:15-cv-02433-APG-NJK<br><br>**ORDER** |

In light of the parties' status report (ECF No. 55),

IT IS ORDERED that on or before February 28, 2018, the parties shall file a stipulation to dismiss this action or the plaintiff shall file a response to the defendant's pending motion for summary judgment.

DATED this 2nd day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE