PATRICK H. HICKS, ESQ., Bar # 004632
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS A. LIVEING-MACDONALD,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the STATE OF NEVADA,<br><br>    Defendant. | Case No. 2:15-cv-02433-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Defendant CLARK COUNTY SCHOOL DISTRICT ("Defendant") and Plaintiff LOLITA LIVEING-MACDONALD, on behalf of the ESTATE OF NICHOLAS A. LIVEING-MACDONALD (having substituted in for NICHOLAS A. LIVEING-MACDONALD by Court Order dated October 16, 2017, ECF No. 51), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.  The parties agree that neither party is a prevailing party in

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

this action and that neither party will seek any attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal.

Dated: February 28, 2018

Respectfully submitted,

/s/ Michael T. Gebhart, Esq.
MICHAEL T. GEBHART, ESQ.

Attorneys for Substituted Plaintiff
LOLITA LIVEING-MACDONALD on behalf of the ESTATE OF NICHOLAS LIVEING-MACDONALD

Dated: February 28, 2018

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
PATRICK H. HICKS, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

**ORDER**

**IT IS SO ORDERED.**

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE

Dated: March 1, 2018.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800